UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

vs.                                                3:06-cr-212-J-33MMH

THOMAS D. KING
_____

**ORDER**

This cause comes before the Court pursuant to Defendant's Renewed Motion to Set Hearing on Conditions of Release and/or Motion for Reconsideration of Release Pending Sentencing (Doc. # 234), filed on October 22, 2006.

Defendant's Motion was filed in response to the Order issued by the United States Court of Appeals for the Eleventh Circuit (Doc. # 232), which requested that this Court articulate the observations on which it relied when ruling to detain Defendant pending sentencing. To the extent that he requests that this Court articulate its observations, Defendant's request is moot. Defendant will find that the Court entered an Order articulating its observations in response to the Court of Appeals' Order on October 20, 2006. (See Doc. # 233.)

To the extent that he requests that this Court reconsider its previous denial of Defendant's Motion to Set Hearing on Conditions of Release (Doc. # 223), the Motion is due to be denied. See Taylor Woodrow Constr. Corp. v. Sarasota/Manatee Airport Auth., 814 F. Supp. 1072, 1072-1073 (M.D. Fla. 1993)(A motion for

reconsideration should be granted only if there "is a change in the factual or legal underpinning upon which the decision was based.")(citing Harlingen v. City of Dunedin, No. 90-1358-Civ-T-17(c), 1992 U.S. Dist. LEXIS 10136, at *2 (M.D. Fla. 1992)).

Accordingly, it is now

**ORDERED, ADJUDGED** and **DECREED:**

Defendant's Renewed Motion to Set Hearing on Conditions of Release and/or Motion for Reconsideration of Release Pending Sentencing (Doc. # 234) is **DENIED** as moot.

**DONE** and **ORDERED** in Chambers in Jacksonville, Florida, this 24th day of October, 2006.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies:

AUSA
Counsel of Record