UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.                                        CASE NO. 3:06-cr-212-J-33MMH

THOMAS D. KING
    a/k/a Tom King

**PRELIMINARY ORDER OF FORFEITURE**

WHEREAS, in the Indictment (Doc. # 1) in the above-captioned case, the United States of America sought forfeiture of specific and substitute assets of the defendant, Thomas D. King, a/k/a Tom King, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), and 18 U.S.C. § 982(a)(1); and

WHEREAS, the defendant was found guilty (Doc. # 204) by a jury of his peers to Counts One through Twenty-three of the Indictment to commit mail fraud, wire fraud, and money laundering, in violation of 18 U.S.C. §§ 1341, 1343, and 1956(a)(1)(A)(I); and

WHEREAS, the evidence of record supporting the jury verdict of guilty to Counts One through Twenty-three of the Indictment provides the requisite nexus for forfeiture of said specified and substitute assets as listed in the forfeiture provision of the Indictment; and

WHEREAS, pursuant to the Joint Stipulation for Entry of an Order of Forfeiture (Doc. # 214), the defendant stipulated, agreed and consented to forfeit to the United States the sum of $250,000.00 in U.S. currency in lieu of forfeiture of the specified and substitute assets listed in the Indictment and the sum of

$3,373.69 in U.S. currency in lieu of forfeiture of the 2003 Hummer H2; and

WHEREAS, on January 29, 2007 (Doc. # 250), the United States filed its motion and memorandum for entry of a Preliminary Order of Forfeiture against the defendant as to the sum of $250,000.00 in U.S. currency and the sum of $3,373.69 in U.S. currency.

Accordingly, it is now

**ORDERED** and **ADJUDGED** that the motion (Doc. # 250) is GRANTED, and that all right, title and interest of the defendant in the sum of $250,000.00 in U.S. currency and in the sum of $3,373.69 in U.S. currency is hereby forfeited to the United States of America, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), and 18 U.S.C. § 982(a)(1).

That upon adjudication of all third-party interests, this Court will enter a Final Order of Forfeiture as to the sum of $250,000.00 in U.S. currency and as to the sum of $3,373.69 in U.S. currency, pursuant to the provisions of 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), and 18 U.S.C. § 982(a)(1), in which the interests of all parties will be addressed.

**DONE** and **ORDERED** in chambers in Jacksonville, Florida, this 30th day of January, 2007.

Copies To:

Counsel of Record

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

2