**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

UNITED STATES OF AMERICA

vs.                                                                 3:06-cr-212-J-33MCR

THOMAS KING
_____

# **ORDER**

**THIS CAUSE** is before the Court on Defendant's Objection to Magistrate's Order Denying Defendant's Motion for Transcripts at Cost Under CJA (Doc. 318) filed on August 22, 2007.  On September 5, 2007, the undersigned directed Defendant to file a financial affidavit and any other documents he deems appropriate to support his claim that he is indigent.  Defendant has filed a Financial Affidavit and the Court finds Defendant is indigent.

There is, however, one issue remaining before the Court.  In administering the Court's Criminal Justice Act Plan, in addition to determining whether the Defendant is financially unable to pay for such transcripts, the Court is also required to consider whether the requested transcripts are necessary for an adequate defense.  18 U.S.C. §3006(A)(e)(1); U.S. v. Gholston, 133 F. Supp. 2d 1304, 1308-09 (M.D. Fla. 2000).  Defendant should be aware that Congress has limited payment under the Plan to $1,600.00, unless the Court certifies payment in excess of such limit is necessary to provide fair compensation for services of an unusual character or duration and the amount in excess is approved by the chief judge of the circuit.  18 U.S.C. §3006(A)(e)(3).

Here, Defendant is requesting a significant number of transcripts.  As such, the

Court directs Defendant to file an Affidavit which includes a statement of the issues he raises in his appeal and an explanation verifying why each of the transcripts he requests is necessary for his adequate defense.

After due consideration, it is hereby

**ORDERED**:

Defendant is directed to file an Affidavit, no later than **Monday, October 29, 2007,** which includes a statement of the issues he raises in his appeal and an explanation verifying why each of the transcripts he requests is necessary for his adequate defense.

**DONE AND ORDERED** in Chambers in Jacksonville, Florida this  12th  day of October, 2007.

*Monte C. Richardson*

MONTE C. RICHARDSON
UNITED STATES MAGISTRATE JUDGE

Copies to:
Counsel of Record
Any Unrepresented Party