UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

vs.                                                                                  3:06-cr-212-J-33MCR

THOMAS D. KING

_____

**ORDER**

This cause comes before the Court pursuant to United States Magistrate Judge Monte C.

Richardson's Report and Recommendation (Doc. #341), entered on November 28, 2007,

recommending that King's Amended Motion for Costs of Transcripts (Doc. #312) be granted and,

pursuant to 18 U.S.C. §3006A(e)(3) and Form 24 of the Criminal Justice Act, that this Court certify

to the Chief Judge of the circuit that an amount of $10,570.25 is necessary to provide fair

compensation for the transcripts requested in the proceedings related to King.  As of the date of this

Order, no objection to the report and recommendation has been filed.

After conducting a careful and complete review of the findings and recommendations, a

district judge may accept, reject or modify the magistrate judge's report and recommendation.  28

U.S.C. § 636(b)(1); Williams v. Wainwright, 681 F.2d 732 (11th Cir. 1982), cert. denied, 459 U.S.

1112 (1983).  In the absence of specific objections, there is no requirement that a district judge

review factual findings de novo, Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993), and the

court may accept, reject or modify, in whole or in part, the findings and recommendations.  28

U.S.C. § 636(b)(1)(C).  The district judge reviews legal conclusions de novo, even in the absence

of an objection. See Cooper-Houston v. Southern Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994); Castro

Bobadilla v. Reno, 826 F. Supp. 1428, 1431-32 (S.D. Fla. 1993), aff'd, 28 F.3d 116 (11th Cir. 1994) (Table).

After conducting a careful and complete review of the findings, conclusions and recommendations, and giving de novo review to matters of law, the Court accepts the factual findings and legal conclusions of the Report and Recommendation (Doc. #341) of United States Magistrate Judge Monte C. Richardson.

Accordingly, it is now

**ORDERED, ADJUDGED,** and **DECREED:**

1.  United States Magistrate Judge Monte C. Richardson's Report and Recommendation (Doc. #341) is **ACCEPTED** and **ADOPTED.**

2.  King's Amended Motion for Costs of Transcripts (Doc. #312) is **GRANTED**, subject to the approval of the Chief Judge of the Court of Appeals, up to the amount of $10,570.25.

**DONE** and **ORDERED** in Chambers in Jacksonville, Florida, this <u>19th</u> day of December, 2007.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies:
AUSA
Counsel of Record