UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.                                  Case No.:  3:06-cr-212-J-33MCR

THOMAS D. KING
_____/

UNITED STATES OF AMERICA

v.                                  Case No.:  3:07-cr-90-J-33JBT

DONALD E. TOUCHET
_____/

**ORDER**

    This matter is before the Court pursuant to the United States' Motions for Order Regarding the Issuance of Checks in Payment of Victim Restitution (Doc. ## 383, 620), filed in the aforementioned cases on September 23, 2010.  After due consideration, and for the reasons stated by the Government in the Motions, the Court grants the Motions.

    Accordingly, it is hereby

    **ORDERED, ADJUDGED,** and **DECREED:**

(1) The United States' Motions for Order Regarding the Issuance of Checks in Payment of Victim Restitution (Doc. ## 383, 620) are **GRANTED.**

(2) The Clerk is directed to issue two checks, totaling $25,000, as follows:

    A.  $21,250.00 payable to Aaron Anthony Panos

    B.    $3,750.00 payable to the Law Office of Carter and Clendenin.

(3) The above-referenced checks should be mailed to the following address:

    Law Office of Carter and Clendenin

    7419 U.S. Highway 19

    New Port Richey, Florida 34652

**DONE** and **ORDERED** in Jacksonville, Florida, this <u>27th</u> day of September 2010.

_____
VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies: All Counsel and parties of Record

2